**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

NANCY RIVERA,

                          Plaintiff,                24 **CIVIL** 8225 (PAE)

    -v-                                    **JUDGMENT**

LELAND DUDEK, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 10, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      March 11, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                          **BY:**                        _____
                                                         **Deputy Clerk**